402 A.2d 660

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Edward BOYD, Appellant.**

Supreme Court of Pennsylvania.

Argued May 24, 1979.

Decided June 22, 1979.

C. Lee Anderson, Harrisburg, for appellant.

LeRoy S. Zimmerman, Dist. Atty., Marion E. MacIntyre, 2nd Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Judgments of sentence affirmed.